| | |
|---|---|
| 1 | CRAIG W. BUDNER (admitted pro hac vice) |
| | BETH W. BIVANS (admitted pro hac vice) |
| 2 | **HUGHES & LUCE, LLP** |
| | 1717 Main St., Suite 2800 |
| 3 | Dallas, TX 75201 |
| | Telephone: (214) 939-5500 |
| 4 | Facsimile: (214) 939-6100 |
| 5 | JOSEPH M. BURTON (142105) |
| | GREGORY G. ISKLANDER (200215) |
| 6 | **DUANE MORRIS LLP** |
| | One Market, Spear Tower, Suite 2000 |
| 7 | San Francisco, CA 94105 |
| | Telephone: (415) 371-2200 |
| 8 | Facsimile: (415) 317-2201 |
| 9 | Attorneys for Plaintiff |
| | MARION JONES |
| 10 | |
| | JAMES M. WAGSTAFFE (95535) |
| 11 | H. SINCLAIR KERR, JR. (61713) |
| | KEITH K. FONG (148067) |
| 12 | **KERR & WAGSTAFFE LLP** |
| | 100 Spear Street, Suite 1800 |
| 13 | San Francisco, CA 94105–1528 |
| | Telephone: (415) 371-8500 |
| 14 | Facsimile: (415) 371-0500 |
| 15 | Attorneys for Defendant |
| | VICTOR CONTE |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARION JONES, | Case No. C 04 5312 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| VICTOR CONTE, | [Civ. L.R. 16-2(e)] |
| Defendant. | |

Case No. C 04 5312   STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC

1  Pursuant to Civil Local Rules 16-2(e) and 7-12(b), the parties, by and through their
2  counsel of record, jointly request the Court to continue the Case Management Conference
3  presently scheduled for Friday, November 4, 2005, by thirty (30) days to December 8, 2005, or
4  to such other date available on the Court's calendar in January 2006.  The parties request such
5  continuance to allow them sufficient time to discuss a possible resolution of the dispute without
6  need for further judicial intervention.  Such a continuance will conserve the parties' resources
7  and promote judicial economy.  There has been one prior continuance of the Case Management
8  Conference on the Court's own motion. (Docket No. 40).
9  IT IS SO STIPULATED.

10 DATED: October 26, 2005          **HUGHES & LUCE, LLP**

12                                  By ___/s/_____
                                    Beth W. Bivans
13                                  Attorneys for Plaintiff
                                    MARION JONES
14
   DATED: October 26, 2005
15
                                    **KERR & WAGSTAFFE LLP**
16

17                                  By ____/s/_____
18                                  JAMES M. WAGSTAFFE
                                    Attorneys for Defendant
19                                  VICTOR CONTE

20

21       PURSUANT TO STIPULATION, IT IS SO ORDERED.
22       The Case Management Conference previously scheduled for Friday, November 4,
23 2005 at 2:00 p.m. is CONTINUED to Friday, December 9, 2005_____, 200__, at 2:00 p.m.

26 Date: 10/31/05
                                    _____
                                    Judge Susan Illston


GRANTED

– 1 –

Case No. C 04 5312                STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC