CRAIG W. BUDNER (admitted pro hac vice)
BETH W. BIVANS (admitted pro hac vice)
**HUGHES & LUCE, LLP**
1717 Main St., Suite 2800
Dallas, TX 75201
Telephone: (214) 939-5500
Facsimile: (214) 939-6100

JOSEPH M. BURTON (142105)
GREGORY G. ISKLANDER (200215)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105
Telephone: (415) 371-2200
Facsimile: (415) 317-2201

Attorneys for Plaintiff
MARION JONES

JAMES M. WAGSTAFFE (95535)
H. SINCLAIR KERR, JR. (61713)
KEITH K. FONG (148067)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Facsimile: (415) 371-0500

Attorneys for Defendant
VICTOR CONTE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARION JONES,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>VICTOR CONTE,<br><br>　　　　　Defendant. | Case No. C 04 5312 SI<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>[Civ. L.R. 16-2(e)] |

Case No. C 04 5312　　　　　　　　　　　　　　　　STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC

Pursuant to Civil Local Rules 16-2(e) and 7-12(b), the parties, by and through their counsel of record, jointly request the Court to continue the Case Management Conference ("CMC") presently scheduled for Friday, December 9, 2005, by at least forty-five (45) days to January 27, 2006, or to such other date available on the Court's calendar in January or February 2006.

The Court previous previously granted the parties' stipulated request a thirty (30) day extension for the purposes allowing an opportunity to engage in a resolution of the action. Prior to that request, there was one continuance of the CMC on the Court's own motion. (Docket No. 40.)

The parties diligently and in good faith have engaged in such discussions over the course of the last month or so. Although a mutually acceptable agreement has not yet been reached, the parties have made progress. As such, the parties jointly and respectfully request the Court to continue the CMC until late January 2006 or early February 2006 to allow them to continue their settlement discussions. This request takes into account the intervening holidays and their impact on the scheduling of their discussions. Such a continuance will conserve the parties' resources and promote judicial economy.

IT IS SO STIPULATED.

DATED: December 5, 2005 **HUGHES & LUCE, LLP**

By \_\_\_/s/_____
    Beth W. Bivans
    Attorneys for Plaintiff
    MARION JONES

DATED: December 5, 2005

**KERR & WAGSTAFFE LLP**

By \_\_\_\_/s/_____
    JAMES M. WAGSTAFFE
    Attorneys for Defendant
    VICTOR CONTE

| | |
|---|---|
| 1 | |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 3 | The Case Management Conference previously scheduled for Friday, December 9, 2005 at 2:00 p.m. is CONTINUED to Friday, February 3, 2006 , 2006, at 2:00 p.m. |
| 4 | |
| 5 | |
| 6 | |
| 7 | Date: _____  SUSAN ILLSTON<br>United States District Judge |
| 8 | |
| 9 | NO FURTHER EXTENSION WILL BE GRANTED |

[Stamp: IT IS SO ORDERED / Judge Susan Illston / United States District Court Northern District of California]

– 1 –

Case No. C 04 5312    STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC

KERR & WAGSTAFFE LLP